**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RICHARD JOHNSON, | CASE NO. 5:14-cv-00121 EJD |
| Plaintiff(s), | **ORDER RE: CONSENT/DECLINATION TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |
| v. | |
| HYONA HWANG, et. al., | |
| Defendant(s). | |

On January 13, 2014, Plaintiff Richard Johnson filed a document indicating his voluntary consent to have a United States Magistrate Judge conduct all further proceedings in this action. See Docket Item No. 9.

In order to determine the position of all parties on this issue, the court orders Defendants to file a similar document indicating either their consent or declination to proceed before a United States Magistrate Judge on or before **March 24, 2014**.

**IT IS SO ORDERED.**

Dated:  March 18, 2014

_____
EDWARD J. DAVILA
United States District Judge

1
CASE NO. 5:14-cv-00121 EJD
ORDER RE: CONSENT/DECLINATION TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE