IRENE KARBELASHVILI, SBN 232223
Law Office of Irene Karbelashvili
12 South First Street, Suite 4`3
San Jose, CA  95113
Telephone:  408-295-0137
Facsimile:  408-295-0142

Attorney for Plaintiff, Richard Johnson

CRIS C. VAUGHAN, SBN 99568
VAUGHAN & ASSOCIATES
6207 South Walnut Street, Suite 800
Loomis, CA 95650
Telephone: 916-660-9401
Facsimile: 916-660-9378

Attorney for Defendant SILVER SHIELD, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Richard Johnson,<br><br>    Plaintiff,<br><br>  v.<br><br>Hyona Hwang, et al.<br><br>    Defendants. | Case No.: 5:14-cv-00121-PSG<br><br>**STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a) (1); & [PROPOSED] ORDER THEREON** |

# STIPULATION

IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/its own attorneys' fees and costs.  This stipulation is made as to the result of the settlement of the action.

Dated: November 19, 2014          LAW OFFICE OF IRENE KARBELASHVILI


By:   */s/ Irene Karbelashvili*
　　　Irene Karbelashvili
　　　Attorneys for Plaintiff


Dated: November 20, 2014          VAUGHAN & ASSOCIATES


By:   */s/ Cris C. Vaughan*
　　　Cris C. Vaughan
　　　Attorneys for Defendants


[PROPOSED] ORDER

IT IS HEREBY ORDERED that the complaint of plaintiff in this matter is dismissed with prejudice in its entirety.

Dated: November 21, 2014

　　　　　　　　　　*[signature]*
　　　　　　　　　PAUL S. GREWAL
　　　　　　　　　United States Magistrate Judge